# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**CR20   0029   VC**

UNITED STATES OF AMERICA,

V.

MUSTAPHA TRAORE,
a/k/a Olivier Adella,
a/k/a Mustafa Traore,
a/k/a Scotte Traore,
a/k/a Mussa Mustapha,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 1542 – False Statement in Application for Passport

A true bill.

_____ Foreman

Filed in open court this __23__ day of JANUARY 2020

_____ Clerk

Bail, $ _____ **NO PROCESS**

**SALLIE KIM**
United States Magistrate Judge

AO 257 (Rev. 6/78)

FILED
JAN 23 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1542 - False statement in application for passport

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 10 years of imprisonment; maximum fine of $250,000; maximum term of supervised release of 3 years; mandatory $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ Mustapha Traore

DISTRICT COURT NUMBER
**CR20 0029 VC**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
U.S. Diplomatic Security Service (DSS)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

CR20-70012

Name and Office of Person Furnishing Information on this form    David L. Anderson
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Daniel Pastor

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year  01/10/2020
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year  01/10/2020

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: ~~[redacted]~~

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

JAN 23 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MUSTAPHA TRAORE, <br> a/k/a Olivier Adella, <br> a/k/a Mustafa Traore, <br> a/k/a Scotte Traore, <br> a/k/a Mussa Mustapha, <br><br> Defendant. | CASE NO. CR20 0029 <br><br> VIOLATION: <br> 18 U.S.C. § 1542 – False Statement in Application for Passport <br><br> SAN FRANCISCO |

INDICTMENT

The Grand Jury charges:

COUNT ONE:     (18 U.S.C. § 1542 – False Statement in Application for Passport)

On or about December 6, 2011, in the Northern District of California, the defendant,

MUSTAPHA TRAORE,
a/k/a Olivier Adella,
a/k/a Mustafa Traore,
a/k/a Scotte Traore,
a/k/a Mussa Mustapha,

willfully and knowingly made a false statement in an application for a passport, with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that

INDICTMENT

1  in such application, the defendant stated that his name is Olivier Adella and that his place of birth is
2  Sarcelles, France, which statements the defendant knew to be false, in violation of Title 18, United
3  States Code, Section 1542.
4
5  DATED:      January 23, 2020                          A TRUE BILL.
6
7                                                        _____
8                                                        FOREPERSON
9  DAVID L. ANDERSON
   United States Attorney
10
11  _____
12  DANIEL PASTOR
    Assistant United States Attorney
13

INDICTMENT                                        2