DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6778
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-029 VC |
| Plaintiff, | **DECLARATION OF DANIEL PASTOR IN SUPPORT OF GOVERNMENT OPPOSITION TO DEFENDANT'S MOTION TO REVOKE DETENTION ORDER** |
| v. | |
| MUSTAPHA TRAORE, a/k/a Olivier Adella, a/k/a Mustafa Traore, a/k/a Scotte Traore, a/k/a Moussa Mustapha, | Date: February 11, 2020<br>Time: 10:30 a.m.<br>Judge: Hon. Vince Chhabria |
| Defendant. | |

I, Daniel Pastor, declare as follows:

1.     I am an Assistant United States Attorney for the Northern District of California and the attorney assigned as government counsel in the above captioned case.

1

*U.S. v. Traore*, CR20-029 VC
Pastor Decl. ISO Gov. Opp. to Mot. to Revoke Detention Order

2. Attached hereto as Exhibit 1 is a true and correct copy of the San Mateo County Sheriff's Office report on Witness Intimidation relating to the defendant's online contact with Tiffany Valentine, a defense witness in San Mateo Superior Court criminal case number 16-SF-009532 that I received from San Mateo County Deputy District Attorney Bryan Abanto.

3. Attached as Exhibit 2 is a true and correct copy of the expedited U.S. passport renewal application that defendant submitted around May 10, 2016.

4. Attached as Exhibit 3 is a true and correct copy of the Agreement To Be Released Pending Trial between defendant and San Mateo County prosecutors that I received from San Mateo County Deputy District Attorney Bryan Abanto.

5. Attached as Exhibit 4 is a true and correct copy of the trial witness list in San Mateo Superior Court criminal case number 16-SF-009532 that I received from San Mateo County Deputy District Attorney Bryan Abanto.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated:   February 7, 2020

Respectfully submitted,

*/s/ Daniel Pastor*
DANIEL PASTOR
Assistant United States Attorney

2

U.S. v. Traore, CR20-029 VC
Pastor Decl. ISO Gov. Opp. to Mot. to Revoke Detention Order