UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MUSTAPHA TRAORE,<br><br>　　　　　Defendant. | Case No.  20-cr-00029-VC-1<br><br>**ORDER DENYING MOTION TO REVOKE**<br><br>Re: Dkt. No. 14 |

　　　The appeal from the magistrate judge's detention order is denied. This Court agrees that, in light of all the evidence in the record, no condition or combination of conditions will reasonably assure Traore's appearance.

　　　**IT IS SO ORDERED.**

Dated: February 12, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge