DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6778
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-0029 VC |
| Plaintiff, | **DECLARATION OF DANIEL PASTOR IN SUPPORT OF UNITED STATES' SENTENCING MEMORANDUM** |
| v. | |
| MUSTAPHA TRAORE, | Judge: Hon. Vince Chhabria |
| Defendant. | Sentencing Date: May 2, 2020<br>Time: 10:00 a.m. |

I, Daniel Pastor, declare as follows:

1. I am an Assistant United States Attorney for the Northern District of California and the attorney assigned to represent the government in the above captioned case.

2. Attached hereto as Exhibit A is a true and correct copy of Form I-485 (Application to Register Permanent Residence or Adjust Status) that Defendant submitted to U.S. Citizenship and

Pastor Decl. in support of U.S. Sentencing
Memo.                                    1
U.S. v. Traore, CR20-0029 VC

1  Immigration Services (USCIS), which I received from U.S. State Department Diplomatic Security
2  Service (DSS) agents.
3       3.      Attached hereto as Exhibit B is a true and correct copy of Form N-400 (Application for
4  Naturalization) that Defendant submitted to USCIS, which I received from DSS agents.
5       4.      Attached hereto as Exhibit C is a true and correct copy of the Certificate of Naturalization
6  that Defendant received from USCIS, which I received from DSS agents.
7       5.      Attached hereto as Exhibit D is a true and correct copy of San Mateo County Sheriff's
8  Office Investigative Supplemental Report #35, which I received from DSS agents.
9       I declare under penalty of perjury and the laws of the United States that the foregoing is true and
10 correct to the best of my knowledge.

Dated:   April 25, 2020

Respectfully submitted,

*___/s/__Daniel Pastor_____*
DANIEL PASTOR
Assistant United States Attorney

Pastor Decl. in support of U.S. Sentencing Memo.
U.S. v. Traore, CR20-0029 VC

2