**SAN MATEO COUNTY SHERIFF'S OFFICE**
400 COUNTY CENTER    REDWOOD CITY, CA 94063    650-216-7676
SUPPLEMENT 35 - Olivier Adella Interview 5-20-2016

Page 1

16-04048

### INVESTIGATIVE SUPPLEMENTAL REPORT #35:

On 5-20-2016, at approximately 1455 hours, San Mateo County SWAT Operators and Detectives executed a search warrant at 1800 Trousdale Drive #504 in Burlingame. During the execution of the search warrant, Suspect Olivier Adella was placed under arrest for his involvement in the murder of Victim Keith Green. Olivier was transported by Deputy Bechler to the Sheriff's Office Detective Bureau in Redwood City for interview. Oliver was placed into interview room #1 at approximately 1554 hours.

Detective Carroll and I made contact initial contact with Olivier inside the interview room at approximately 1652 hours. Our interview with Olivier lasted for many hours. The interview was video recorded and a copy was later booked into evidence (item #157). For further and complete details refer to the video recording of the interview. The following is a summary of our interview with Olivier.

Upon initial contact with Olivier, he told us that he wanted to go home, be with his wife and raise his kids. Oliver said he wanted to help us "any way" he could and he asked us to trust him. He went on to say that he was sure we had looked into his background and we knew what kind of car he had. Olivier then said, "But those things, I do not do." Olivier told us he would be truthful with us. I explained to Olivier that we would also be truthful with him and that we could not make him any promises. Olivier said he understood. At this time, Detective Carroll read Olivier his Miranda Rights from a department issued card. After reading Olivier his rights, Detective Carroll asked Olivier if he understood each of his rights. Olivier replied, "I understand" as he nodded his head up and down in the affirmative.

Olivier said to us, "So I am under arrest pretty much." I told Olivier he was under arrest. Olivier asked why. I told Olivier that it had to do with the "disappearance of Keith Green." Olivier replied, "Yeah, I saw it on the news." I asked Olivier to tell us what he knew about Green's disappearance. Olivier looked down and stated that he "pretty much" knew what was on the news. He said he also knew Keith's ex-girlfriend, who he identified as Suspect Tiffany Li. Olivier said Tiffany was the mother of Keith's children. Olivier said he knew Tiffany's new boyfriend, Kaveh Bayet and that he had met Tiffany through Kaveh. Olivier initially downplayed how well he knew Tiffany. He also told us that he used to work as a bodyguard for Kaveh. Olivier explained that he and Kaveh had just been re-acquainted only a few months prior. Olivier said he had introduced his wife, Uta Bredenstein, to Tiffany and Kaveh and explained that the two couples had become close in recent months. Tiffany had also offered Uta a job with her company so that she could earn more money and be home with her and Olivier's young child.

I asked Olivier what he had heard about Keith's disappearance. Olivier told us he had heard Keith was having problems with Tiffany and he had heard what everyone else had heard on the news. Olivier said he had heard Keith was in a gang and that he had heard other "street talk."

I again asked Olivier if he knew anything about Keith disappearance. Olivier told us that he "knew

Case 3:20-cr-00029-VC  Document 32-4  Filed 04/25/20  Page 2 of 15

| | SAN MATEO COUNTY SHERIFF'S OFFICE | | Page 2 |
|---|---|---|---|
| | 400 COUNTY CENTER    REDWOOD CITY, CA 94063    650-216-7676 | | |
| | SUPPLEMENT 35 - Olivier Adella Interview 5-20-2016 | | 16-04048 |

stuff" about Keith's disappearance but that he wanted to go home to his wife and child. I explained to Olivier that there was a reason he had been arrested and that this was his opportunity to tell us his side of the story. Olivier told us he knew facts about the case and could produce evidence to back those facts, but that he wanted to talk with a prosecutor first. Olivier then stated that if we had questions for him he would explain.

I took a break from the interview to answer a phone call. Olivier and Detective Carroll continued to talk with one another. During their conversation, Olivier told Detective Carroll that he could wear a wire and get a confession but that he wanted a guarantee that he could go home. Detective Carroll asked Olivier who he could get a confession from. Olivier replied, "The rich people. They have big lawyer." Olivier continued to be elusive as the interview continued.

Detective Carroll told Olivier that he did not think he (Olivier) was the "mastermind" and suggested things may have "got out of control quickly." Olivier agreed that he was not the "mastermind." Olivier then said he was going to give us a "hypothetical." Olivier looked at Detective Carroll and said, "John, I have helped you a lot, I have helped you with your wife...So yeah, I need you to move this trash for me." Detective Carroll told Olivier he understood and suggested that on the day Keith went missing, someone asked him to "help move trash." Olivier replied, "I didn't say that." Olivier then asked Detective Carroll and I what he could tell us to allow him to go home to his wife and child today. I again told Olivier that we could not make any promises to him. He then questioned us whether we wanted to solve our case or not. Olivier laughed and told us we did not know enough about the case. Olivier continued to be evasive with Detective Carroll and I. As we continued to engage Olivier in conversation, he asked us if we "knew who did it." Detective Carroll told Olivier we did not and told him that was the reason we were trying to talk to him about it and that we wanted to know why it happened. Olivier told us that he knew "that" but he wanted to talk to a prosecutor first. Olivier told us he was not willing to "go down for this" because he was just the one that took the "trash" out. Detective Carroll told Olivier he needed to tell us what happened. Olivier then told us that he wanted to speak with Uta. Olivier alluded to himself as just the "garbage man." I asked Olivier who contacted him about the "garbage." Olivier laughed and said, "We all know Jon. Jon, we all know."

During the interview, Olivier provided me with the passcode (351980) for his pink and white iPhone 6s cell phone (item #41). The phone was contained within a brown wallet style case along with his California Driver's License and some miscellaneous paperwork. I was able to unlock Olivier's cell phone with the passcode he provided. I then turned the passcode lock off so that the phone could be forensically examined and downloaded.

Olivier told Detective Carroll and I that there was "no way" we could think he "did it." Detective Carroll told Olivier that he needed to "explain that." Olivier agreed and said, "Yeah." Detective Carroll told Olivier that we had a "dead person" and his "involvement" so he needed to explain. Olivier replied,

CONTROLLED DOCUMENT

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 17730 | SEBRING, JON | 06/01/2016 | 11400 | GIBBONS, LINDA | 07/08/2016 |

| SAN MATEO COUNTY SHERIFF'S OFFICE | Page 3 |
|---|---|
| 400 COUNTY CENTER   REDWOOD CITY, CA 94063   650-216-7676 | 16-04048 |
| SUPPLEMENT 35 - Olivier Adella Interview 5-20-2016 | |

"John, I'm going to be straight forward with you, I could have just said okay you know what, I want to see a lawyer and just shut my mouth. I want to talk to a lawyer; okay but I didn't say that." Olivier said that if he had something to hide, he would have asked for a lawyer, but he did not "say that." Olivier said that he wanted to help us out, but he was most worried about his wife and son. At this time (01:23:28 of the recording), we took a break and I told Olivier that I was going to call Detective Chaghouri to see if he could speak with Uta.

Detective Carroll and I decided to allow Olivier to call and speak with Uta. We utilized one of the Detective Bureau issued cell phones and retrieved Uta's cell phone number from Olivier's iPhone. I dialed Uta's phone number and placed the Detective Bureau phone on speak phone so we could hear the conversation.

During the call, Uta sounded upset as if she had been crying. Olivier told Uta that he had "a lot of information" and was going to tell us "everything." Olivier told Uta that he knew "exactly what happened" and that he was going to "let them (us) know." Uta encouraged Olivier to tell us everything he knew. Uta told Olivier that we had "physical evidence" and that he was being charged with murder. Olivier told Uta that the "physical evidence" was his car and that people get charged with stuff all of the time.

Olivier began to explain that he did not "do anything" and that he was just asked to "transport that thing." Olivier had difficulty discussing anything more with us. Detective Carroll told Olivier that we knew he had dumped Keith's body and he needed to explain why. Olivier nodded his head up and down in the affirmative then looked down at the table.

I asked Olivier if he knew Keith. Olivier told me that he had met him in the past. Olivier explained that he and Keith went to the same barber shop in San Mateo. He identified the barber shop as "Headlinerz (602 E 4th Ave)." Olivier told us that Keith had asked him in the past if he was a football player because of his large stature.

Olivier explained that Tiffany and Kaveh were "very nice" to him and his family. Olivier said that when he became reunited with Kaveh, he and Tiffany helped them move into the 1800 Trousdale Drive apartment. Around this time, Olivier learned that Tiffany and Keith were having many problems with their separation and child custody agreements. Kaveh and Tiffany told Oliver and Uta about a time when Keith assaulted Tiffany.

About two weeks to a month after Olivier became reunited with Kaveh, Olivier said he and Tiffany asked him to do something "bad." Olivier stated he declined to do the "bad thing" Kaveh and Tiffany asked him to do. At this time, Olivier became side tracked again and stated that once he told us everything he knew, he would not be "one of the guys" we wanted. I told Olivier that he was in fact someone that we "wanted" and that was why he was in the interview room and under arrest. Olivier

CONTROLLED DOCUMENT

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 17730 | SEBRING, JON | 06/01/2016 | 11400 | GIBBONS, LINDA | 07/08/2016 |

Case 3:20-cr-00029-VC   Document 32-4   Filed 04/25/20   Page 4 of 15

| | SAN MATEO COUNTY SHERIFF'S OFFICE | Page 4 |
|---|---|---|
| | 400 COUNTY CENTER    REDWOOD CITY, CA 94063    650-216-7676 | 16-04048 |
| | SUPPLEMENT 35 - Olivier Adella Interview 5-20-2016 | |

replied, "Even though I didn't do anything…I mean yeah I did the driving, but I didn't do anything. You really want me though?" Olivier then paused and continued to look down at the table.

Olivier reasserted that he knew "everything about the case" but he did not want to "lay everything down like this without a deal." We again told Olivier that we could not make him and promises or deals. Olivier stated that if he spoke with a "lawyer or prosecutor" they could make him a deal so he could go home tonight. Detective Carroll and I explained to Olivier that there were no deals to be made and that he was not going to be going home tonight.

Olivier eventually told us that Kaveh came to him to dispose of Keith's body because he owed him. He explained that Kaveh and Tiffany had helped them with their new apartment and helped them with their baby, so he felt disposing of Keith was what he had to do to pay them back. Olivier felt that he owed Kaveh and Tiffany "this favor" because of everything they had done for them. Olivier said that he felt bad for Keith's family and he wished he had never become involved with Kaveh and Tiffany. Olivier told us that he felt like he let his wife and child down. Olivier said that all he did was "drive" and he started to cry as he spoke about Keith.

As we tried to speak with Olivier in detail, he again became evasive with us. I explained to Olivier that we were trying to determine whether or not he was being honest with us about his involvement. Olivier said he was being honest and again stated he was only "the driver." I told Olivier that we were aware that he had communicated with Keith over the phone during the days leading up to the murder. Olivier looked confused and told me that he did not know Keith. Olivier explained that Keith had rented a limousine from him a couple of times in the past.

I asked Olivier what his phone number was. Olivier then provided Detective Carroll and I with two phone numbers; 650-431-8029 and 650-235-0083. He told us his cell phone providers were T-Mobile and Cricket. He then said he had another number, but he could not remember what the number was.

With this information, I confronted Olivier about the number 510-830-7764 that was used for the suspicious person named "Keyon" located in Keith's phone. I told Olivier that he had another phone and he was not being truthful with us. He said it was possible he had another phone. I asked Olivier if he was aware Keith's phone had been found. Olivier said he was and that he knew it was located in Golden Gate Park. I told Olivier that we knew he had another phone and that he had portrayed to Keith that he was a former San Francisco 49er player going by the name of "Keyon." Olivier initially denied that he had made the calls and text messages saying it was "impossible." Olivier said he would like to hear what I was talking about.

I exited the interview room to retrieve the audio of the voicemail left by "Keyon (510-830-7764)" on Keith's cell phone. Detective Carroll and Olivier continued their discussion about his honesty with us and the investigation. Detective Carroll told Olivier that he needed to tell us specific details about how

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 17730 | SEBRING, JON | 06/01/2016 | 11400 | GIBBONS, LINDA | 07/08/2016 |

CONTROLLED DOCUMENT

Case 3:20-cr-00029-VC   Document 32-4   Filed 04/25/20   Page 5 of 15

| | SAN MATEO COUNTY SHERIFF'S OFFICE | Page 5 |
|---|---|---|
| | 400 COUNTY CENTER   REDWOOD CITY, CA 94063   650-216-7676 | 16-04048 |
| | SUPPLEMENT 35 - Olivier Adella Interview 5-20-2016 | |

he came into possession of Keith's body and the condition it was in when he received it. Olivier then told Detective Carroll that he received Keith's body at his apartment complex (1800 Trousdale) in Burlingame. As Detective Carroll tried to get Olivier to continue to discuss what he knew about the case, Olivier told Detective Carroll that he needed to "pee" first as well as eat and drink something. At this time it was decided that we would take a break from the interview (02:57:48 mark). Olivier was escorted to the restroom by detectives. I also provided him with water (throughout the entire interview) and something to eat.

When we resumed our interview, we continued to talk about him driving Keith's body to the location in Sonoma County. Olivier told us that Keith was placed in the trunk of his silver Chrysler 300 and that he was already dead when he took possession of his body. I questioned Olivier about there being blood smears on the roof of the trunk and the possibility Keith was still alive inside the trunk. Olivier was adamant that Keith was already dead when he was placed in the trunk of his vehicle. Olivier told us that Keith was naked when he was placed in the trunk and later removed. Detective Carroll asked Olivier if Keith was wrapped inside anything. Olivier then took a long pause and there was silence. I asked Olivier if he ever saw Keith alive that night. Olivier replied, "No, he was already dead." Olivier explained that he knew Keith was dead because his body was "lifeless." Olivier said he noticed blood leaking out from the inside of Keith ear and he saw blood on his hands. I asked Olivier if he knew how Keith died. Olivier replied, "The guy told me." I asked Olivier what "the guy" told him. Olivier paused and then asked if he could listen to the voicemail from Keith's phone I had previously referred to.

I played the voicemail for Olivier off a department issued iPhone I had recorded the voicemail onto. Olivier listened to the voicemail and initially denied that it was him on the voicemail. I explained to Olivier that the phone number that left the voicemail on Keith's phone was 510-830-7764 operating on the Metro PCS network. I also told him the phone number was a "Tracfone." Olivier told me he did not remember that phone number. I again asked Olivier if that was his voice. He denied it was his voice. I explained Olivier that Keith received other voicemails and text messages on the day of his murder from 510-830-7764. I told Olivier that just prior to Keith's death, he told several people he was leery of this "Keyon" at 510-830-7764 and he was not sure where this guy was coming from and what he wanted. I told Olivier that we knew "Keyon" was him and that he had been communicating with Keith in the days leading up to his murder. Olivier continued to deny. I pointed out to Olivier that "Keyon" had the same voice and accent he did.

Detective Carroll and I then informed Olivier that a search of his Ford Explorer was conducted and that a receipt from Metro PCS for 510-830-7764 was located in one of the compartments. I then explained to Olivier that the phone records for 510-830-7764 showed that the phone was in Sonoma County when Keith's body was dumped. I explained to Olivier that 510-830-7764, under the name "Vladimir Putin" had also called his home telephone. I told Olivier that he needed to start explaining these things. I

CONTROLLED DOCUMENT

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 17730 | SEBRING, JON | 06/01/2016 | 11400 | GIBBONS, LINDA | 07/08/2016 |


Case 3:20-cr-00029-VC   Document 32-4   Filed 04/25/20   Page 6 of 15

SAN MATEO COUNTY SHERIFF'S OFFICE
400 COUNTY CENTER   REDWOOD CITY, CA 94063   650-216-7676
SUPPLEMENT 35 - Olivier Adella Interview 5-20-2016

Page 6

16-04048

asked Olivier why he would be lying to us about a "burner phone."

I was aware that detectives had located a large amount of cash inside a box during the search of Olivier's apartment. The cash was located inside the master bedroom closet. I asked Olivier how much cash he had inside his apartment at this time. Olivier told us he had somewhere between $25,000.00 to $30,000.00 in cash. I asked Olivier why he had that much cash in his apartment. He told us that he had won a lawsuit several years prior and the money was from that suit. He denied recently receiving the money in return for his involvement in this case.

During the course of this investigation, we learned that Olivier had applied for and received an emergency or "expedited" passport a few days prior. Olivier said that he and his family were going to fly to Germany to visit Uta's family sometime in June of 2016. Olivier admitted that he had not yet purchased the tickets for the flights.

Detective Carroll asked Olivier why he sold his Chrysler 300 after he disposed of Keith's body. Olivier told us that "the guy" told him to. Olivier went on to say that "the guy" told him that law enforcement had been tracing Keith's cell phone. I asked Olivier if he performed any clean up inside his Chrysler 300 after he dumped Keith's body. Olivier initially said that he just vacuumed it out. He later admitted that he had used some bleach inside the trunk and he took it through a carwash. Olivier admitted that he used bleach inside the car to cover up the blood evidence that was inside. I asked Olivier why the front passenger floorboard carpet appeared disturbed. Olivier said he did not know but he was adamant that Keith was never inside the passenger compartment of the vehicle. Olivier said he cleaned his car "the next morning" after dumping Keith's body. Olivier said he owned the Chrysler 300 for over a year. I asked Olivier if he went by himself to sell his Chrysler. Olivier told me his friend "Vic" went with him to sell the car. Olivier said "Vic" did not know what happened to Keith.

I re-directed the interview back to the 510-830-7764 cell phone and I asked Olivier why he was lying to us about that phone. Olivier said he lied because he felt we were trying to "pin" everything onto him. Olivier initially said that "he (Kaveh)" bought him the phone. Upon further questioning, Olivier told us that Kaveh had given him $120 to buy a "burner" phone so that they could talk privately regarding a marijuana business Kaveh wanted to start up. Olivier said that Kaveh also had a "burner" number and that the two would use the "burner" phones to talk business. Olivier said that it became apparent Kaveh was only using the phones to talk about Keith.

Detective Carroll asked Olivier to further discuss with us about the time Kaveh asked him to murder Keith. Olivier said that he knew who the "trigger man" was. We theorized with Olivier that Kaveh had bought him the "burner" phone and that he reached out to Keith because he was supposed to "rough up" Keith.

Olivier then asked us if he could talk to his wife again. I told Olivier that we had already allowed him to

**CONTROLLED DOCUMENT**

Case 3:20-cr-00029-VC   Document 32-4   Filed 04/25/20   Page 7 of 15

**SAN MATEO COUNTY SHERIFF'S OFFICE**
400 COUNTY CENTER    REDWOOD CITY, CA 94063    650-216-7676
SUPPLEMENT 35 - Olivier Adella Interview 5-20-2016

Page 7

16-04048

speak with his wife and we did not think it was in our best interest for him to make another call. Olivier said he wanted to ask his wife (Uta) whether he should talk to us and tell us the truth or if he should talk with a lawyer first. He then told us he was "sure" that Uta would tell him to talk to us and tell the truth, but he wanted to talk to her. I reminded Olivier that Uta had already told him to talk to us and tell us the truth. Olivier said he wanted to talk to his wife again so that she could confirm he should cooperate with us. Detective Carroll told Olivier that he would not be making any more calls while he was speaking with us. Olivier said he would give us some more information but he wanted to talk with his wife first. Olivier said he wanted to speak with Uta, then we would "finish this." Olivier then told us that we needed to check Kaveh and Tiffany's "G-ride (referring to their 2014 Mercedes-Benz G63 SUV)" for more evidence.

At this time, it was decided to allow Olivier to call Uta again to speak with her. I got in contact with Detective Bertolozzi, who was with Uta at this time, to see if she was available to take a call. Meanwhile, Detective Carroll and Olivier continued their conversation about the case. Detective Carroll asked Olivier if the spot in Sonoma County he chose to dump Keith's body at was previously selected or if it was random. Olivier said that the spot was random and that he just drove northbound on Highway 101 until he found a spot.

At this time, Olivier asked if he could speak with his wife. I told Olivier that the detectives were with Uta and their son at their apartment, still executing the search warrant. Olivier was adamant that he would no longer speak with us without talking to Uta first. Detective Carroll asked Olivier if we could finish talking about the location he dumped Keith's body at. Olivier replied, "John, I need to talk to my wife. I need to talk to my wife or I will just stop talking and just wait for the lawyer. I need to talk to my wife." Detective Carroll said to Olivier, "You understand…" Olivier interrupted and stated, "I understand that I have the right to remain silent, everything that I say can and will be used against me…I know that. And I did not invoke that. I just want to talk to my wife. That's it." After a brief discussion, we decided to take a break from the interview and allow Olivier to speak again with Uta.

I used the office issued iPhone to call Uta on their house phone number. The phone was placed on speaker mode. Detective Bertolozzi answered the phone and put Uta on the line. Olivier told Uta that he was calling her to check on her and their son. He told Uta that he was going to tell us "everything on my chest." Uta stated, "I know Kaveh had something to do with this." Olivier then said to Uta, "I was going to talk to a lawyer but I think I am just going to tell these guys what they need to know. What do you think?" Uta told Olivier that he should "speak with the truth." Uta told Olivier that if he felt he needed a lawyer then that is what he should do. Olivier replied, "Yeah, but the detectives want me to tell them something. The Detectives want me to tell them something so they could move to the other people to." Uta replied, "Then you are going to have to do that. Don't you think." Uta told Olivier that if he knew "anything" to "please tell them what you know."

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 17730    SEBRING, JON | 06/01/2016 | 11400    GIBBONS, LINDA | 07/08/2016 |

CONTROLLED DOCUMENT

Case 3:20-cr-00029-VC   Document 32-4   Filed 04/25/20   Page 8 of 15

| | SAN MATEO COUNTY SHERIFF'S OFFICE | Page 8 |
|---|---|---|
| | 400 COUNTY CENTER   REDWOOD CITY, CA 94063   650-216-7676 | |
| | SUPPLEMENT 35 - Olivier Adella Interview 5-20-2016 | 16-04048 |

After the call ended, I clarified with Olivier that he still wanted to speak with us and that he was not invoking his right to remain silent and/or his right to a lawyer. I asked Olivier if he still wanted to speak with us about the case. He replied, "Yes."

After we confirmed with Olivier that he was still willing to speak with us about the case, I asked him to tell us the truth about what happened. Olivier took a long pause. Detective Carroll asked Olivier if he was having to "think" about what happened. Olivier replied, "No, I know exactly what happened." Olivier then said he was worrying about the "consequences" of telling the truth. Olivier then questioned when we were going to arrest "them (Tiffany and Kaveh)." We told Olivier that we could not provide him with all of the details of our case.

Olivier referred to Kaveh as the "trigger man" and Tiffany as the "mastermind." Oliver explained that approximately 2 months after he became reacquainted with Kaveh, he went over to Kaveh and Tiffany's home in Hillsborough. Olivier said he met with Tiffany and Kaveh downstairs in the "man cave." Once they were downstairs, Kaveh patted Olivier down as if he was looking for a wire or recording device. Kaveh then explained to Olivier that Keith had been giving Tiffany a "hard time" and that he had "beat her up." Olivier said Kaveh and Tiffany made him feel sorry for what she was going through with Keith. Kaveh told Olivier that Keith "had to go" and they had to "get rid of him." Olivier asked Kaveh what he was talking about. Kaveh then told Olivier that he and Tiffany had helped him and Uta out with their apartment and other things financially and that it was time to pay them back. Kaveh told Olivier he wanted him to kill Keith. Olivier told Kaveh that he could beat up Keith or scare him, but that he could not kill Keith. Olivier told Kaveh he would pay him back another way. Kaveh was upset, but accepted Olivier's answer. Olivier said that he told Uta about his meeting with Tiffany and Kaveh when Kaveh asked him to Kill Keith. Olivier also stated he told his friend "Cef" who lives in Australia. Olivier explained that "Cef" knew who Kaveh was and that "Cef" said Kaveh was a "piece of shit."

Olivier explained that his friendship with Kaveh continued after the meeting. Olivier had told Kaveh that he needed some money. Kaveh told Olivier that the two of them needed to get "burner phones" so that they could discuss business related to a marijuana business Kaveh was trying to start up. Kaveh said the two could only talk "offline" about the business. Olivier's understanding was that he would act as security for the marijuana business. Kaveh gave Olivier $120 to purchase the "burner phone." Oliver told us he bought his new phone from a Metro PCS store in Fremont. He used the name "Vladimir Putin" to register the phone. The phone number was 510-830-7764. Olivier said that after he got the "offline" phone, Kaveh would contact him on it to discuss Keith. Olivier said although he got the phone thinking that they were going to discuss the marijuana business, he realized that it was being used to mostly discuss Keith.

One day Kaveh called Olivier on the burner phone and told him that Keith was still causing problems for Tiffany. Kaveh reminded Olivier that he and Uta still owed him and Tiffany for helping them about

CONTROLLED DOCUMENT

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 17730 | SEBRING, JON | 06/01/2016 | 11400 | GIBBONS, LINDA | 07/08/2016 |

Case 3:20-cr-00029-VC   Document 32-4   Filed 04/25/20   Page 9 of 15

| | SAN MATEO COUNTY SHERIFF'S OFFICE | Page 9 |
|---|---|---|
| | 400 COUNTY CENTER   REDWOOD CITY, CA 94063   650-216-7676 | 16-04048 |
| | SUPPLEMENT 35 - Olivier Adella Interview 5-20-2016 | |

financially. Kaveh told Oliver that he wanted him to start calling Keith and arrange for a meeting so that he could assault him and tell him to stop causing problems for Tiffany and leave her alone. Olivier agreed to arrange a meeting with Keith and to "scare" him. Olivier said that he tried to make a meeting with Keith, but they never met up.

Olivier said on 4-28-2016, sometime between 2100 and 2130 hours, he was in the parking lot of iHop in San Bruno (560 El Camino Real) when he received a call from Bayet on the "burner" phone. Bayet told Olivier that Tiffany was meeting with Keith at the Pancake House in Millbrae (1301 El Camino Real). Bayet told Olivier that he wanted him to go watch over the meeting with Keith and Tiffany. Olivier told us that Kaveh had fears that Tiffany and Keith had reunited or would reunite and that she was cheating on him.

Olivier said he drove from iHop to The Pancake House (which is just 1.6 miles according to Google) and located Tiffany and Keith in the parking lot. Tiffany was seated in the driver's seat of her Mercedes SUV with Keith in the passenger seat. Olivier told us when he arrived, he parked his silver Chrysler 300 in a parking space behind Tiffany. He watched the two for a while interact with each other, then he called Kaveh and told him that they were "just talking." Olivier could see into the cab of the Mercedes because the overhead light was on inside. After some time, Tiffany and Keith left together. Olivier said he drove home. Olivier said he parked his Chrysler 300 inside his apartment complexed upper parking level where guests usually park. Olivier then walked to 1775 Marco Polo Drive to "hang out" with his friend "Vic."

Olivier walked back to his apartment complex about 30 minutes later and saw Tiffany's Mercedes making a turn onto Trousdale Boulevard in front of the complex. Olivier approached Tiffany's vehicle and saw Kaveh roll down the rear, passenger side window. Kaveh told Olivier to get his vehicle and follow them. Tiffany was driving the Mercedes. Tiffany drove her Mercedes into the parking garage and proceeded to the lower level where Olivier has two assigned parking spots. Olivier retrieved his Chrysler 300 and followed Tiffany to the lower level. They parked side by side. Olivier got out of his car and was contacted by Kaveh. Olivier looked in the front passenger seat and saw Keith's lifeless body seated with his head tilted back. Kaveh told Olivier that he "did" what he "had to do." Kaveh told Olivier that it was time for him to "pull his weight." Olivier said he saw blood coming from Keith's left ear, blood on his chin and blood near the area of his shirt collar. Kaveh told Olivier that he "got rid of him" as he lifted up his shirt and showed Olivier a black colored pistol in his waistband. Olivier told us that he and Kaveh moved Keith's body into the trunk of the Chrysler. Olivier initially said that Tiffany left, then came back and handed him Keith's Apple iPhone for him to get rid of.

Olivier said that Uta told him the next day, 4-29-2016, that Tiffany had knocked on their front door during the evening of 4-28-2016. Olivier said that Tiffany also picked up a rent check from a male subject (previously identified as Vo Ho from investigation) so that she could create an alibi for herself.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 17730 | SEBRING, JON | 06/01/2016 | 11400 | GIBBONS, LINDA | 07/08/2016 |

CONTROLLED DOCUMENT

Case 3:20-cr-00029-VC   Document 32-4   Filed 04/25/20   Page 10 of 15

| | SAN MATEO COUNTY SHERIFF'S OFFICE | Page 10 |
|---|---|---|
| | 400 COUNTY CENTER   REDWOOD CITY, CA 94063   650-216-7676 | 16-04048 |
| | SUPPLEMENT 35 - Olivier Adella Interview 5-20-2016 | |

Olivier said on 4-29-2016, sometime in the late afternoon, he, Uta and their son went to visit with Kaveh and Tiffany at their home in Hillsborough. At this time, Kaveh asked Olivier if he was alright. Olivier told Kaveh that he was. Kaveh then told Olivier that he was now the father of Keith's two daughters with Tiffany. Olivier said during this evening, two "policemen" came to the Hillsborough home and questioned Tiffany and Kaveh. Olivier later told us that after the law enforcement officers left, Kaveh and Tiffany told Olivier that if "everyone kept quiet" they would "be good." Tiffany told Olivier that her family was worth billions of dollars and that they had the best attorneys in California.

Detective Carroll asked Olivier to explain in detail the condition of Keith's body when he first saw him dead and how he was moved into Olivier's Chrysler 300. Olivier explained Keith was wearing a white shirt, a white sweatshirt, black shorts and black socks when he saw him seated in the front passenger seat. Keith was not wearing any shoes. Olivier said he grabbed Keith from his lower body near his feet. Kaveh grabbed Keith by his upper body. The two of them pulled Keith out of the front seat of the Mercedes and placed him onto the ground. They laid him down with his head toward the rear end of the vehicles and his feet facing the front. Once Keith was on the ground, Kaveh took all of Keith's clothing off. After all of Keith's clothes were off, Olivier and Kaveh placed Keith into the trunk of the Chrysler 300.

Olivier explained that Kaveh had brought a package of blue rubber gloves with him and that the two wore the gloves when they were handling Keith's body. Olivier said he retrieved a smaller, black plastic gym bag from the trunk of his Chrysler. Kaveh then placed all of Keith's clothing into the black bag. Olivier also placed the blue rubber gloves in the black gym bag. Olivier said he disposed of the black gym bag containing Keith's clothing and the blue rubber gloves inside the apartment complexes community garbage cans when he returned to the complex, after disposing of Keith's body. Olivier stated he did not know where Keith was killed, but he suspected that it occurred at the Hillsborough house.

At approximately 2038 hours, Detective Carroll and I decided to take a break in the interview. We provided Olivier with some food and water during the break.

We resumed our interview and conducted follow up questions with Olivier. I explained to Olivier that in April, he and Kaveh must have had some type of conversation because he then purchased the "burner" phone. Olivier explained that Kaveh did not trust Tiffany entirely and he thought that she and Keith may get back together. Olivier also explained that the phone was supposed to be a business phone for the two to discuss the marijuana business Kaveh was supposed to start up. I asked Olivier if he still had the "burner" phone. Olivier told us he had "got rid of" the phone. He further explained that Kaveh had told him to get rid of the phone after Keith's murder. Olivier said he disposed of the phone in a garbage can at Mills-Peninsula Hospital, which is located almost directly across the street from his apartment complex. Olivier could not remember exactly when he disposed of the "burner" phone.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 17730 | SEBRING, JON | 06/01/2016 | 11400 | GIBBONS, LINDA | 07/08/2016 |

CONTROLLED DOCUMENT

Olivier admitted to texting and calling Keith with the use of the "burner" phone in the days leading up to Keith's murder. I discussed the communications Olivier had with Keith that I had previously located off of Keith's phone. I asked Olivier why he started trying to communicate with Keith on 4-25-2016. Olivier stated that Kaveh had asked him to arrange a meeting with Keith to scare him. Olivier stated that Kaveh thought Keith and Tiffany were still "messing around" with one another. I showed Olivier a string of several phone calls he had made to Keith on 4-25-2016. Olivier stated that he and Keith did speak with one another on the phone. Olivier said he told Keith that they had previously met at a nightclub called "The Matrix" and at the barber shop. Olivier also told Keith he was a former football player. Keith said he remembered Olivier and suggested the two hang out sometime. Olivier said he could not remember the name he gave to Keith, but that Keith said he remembered him.

I confronted Olivier with text messages I had located off of Keith's phone. I showed Olivier a text message he sent to Keith on 4-27-2016 where he suggested the two meet up on 4-28-2016, the night Keith was murdered, at 2300 hours. Olivier originally said that Keith did not reply. I showed Olivier that Keith actually did reply to the text by saying, "Yeah all good. I can just drive to you. No problem." Olivier said that he remembered Keith replying to his text. I showed Olivier the text he sent to Keith just prior to his murder where Olivier told Keith he was at Benihana (restaurant). I asked Olivier what the purpose of that text message was. Olivier told us that Keith had agreed to meet with him and that Keith was going to pick him up. Olivier said he was going to meet with Keith later. I then pointed out the text message Olivier sent to Keith after he was murdered, around 0100 hours on 4-29-2016, which read, "What up homeboy we are at Infusion, come by." I asked Olivier what the reason behind this text message was. Olivier replied, "To a...I guess to throw everything off."

I explained to Olivier that based off of the text messages I had read between he and Keith, it appeared that the two were supposed to meet on 4-27-2016, but that Olivier had cancelled and changed the date to 4-28-2016. I explained to Olivier that the fact he was supposed to meet with Keith on the 27th, but then changed it to the 28th, which ended up being the day he was murdered, was suspicious. Olivier explained that meeting with Keith to scare him was not a "priority" for him and that he canceled the meeting on the 27th simply because he went to the gym instead.

I showed Olivier a call that was captured between him and Keith on 4-28-2016 around 1616 hours. I asked Olivier what they spoke about during this call. Olivier said that during the call Keith told him that they would not be able to meet "this week" because he and Tiffany were having "custody issues." I asked Olivier if he knew ahead of time that Keith and Tiffany were going to meet on 4-28-2016. Olivier said he did not know.

Olivier explained again how he ultimately met with Tiffany and Kaveh at the 1800 Trousdale Drive apartment complex when he returned from "Vic's" house. I asked Olivier if it was planned for him to meet with them after Keith was killed. Olivier said it was not planned and he was surprised to see them.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 17730 | SEBRING, JON | 06/01/2016 | 11400 | GIBBONS, LINDA | 07/08/2016 |

Case 3:20-cr-00029-VC   Document 32-4   Filed 04/25/20   Page 12 of 15

SAN MATEO COUNTY SHERIFF'S OFFICE
400 COUNTY CENTER    REDWOOD CITY, CA 94063    650-216-7676
SUPPLEMENT 35 - Olivier Adella Interview 5-20-2016

Page 12

16-04048

Olivier described Kaveh as "calm" during this interaction and Tiffany as "a little shaky." Oliver confirmed that the transfer of Keith's body happened in the level parking area and he described to us where the transfer took place. Olivier explained that when he and Kaveh placed Keith into the trunk of the Chrysler, there were several items such as gym towels, CD cases and papers inside the trunk that Keith was laid on top of. Olivier stated that Keith was not bleeding very much at this time. Olivier said Keith's body was limp, not stiff, when his body was moved to the trunk. Olivier told us Keith was placed in the trunk with his head on the driver side and his feet on the passenger side. Olivier said that he remembered seeing some drops of blood on the ground in the garage where they laid Keith down on the ground. Oliver told us that after Keith was placed in the trunk, Kaveh said to him, "Just get rid of it. I don't want to know anything. I got you." Olivier said he later disposed of the items from his trunk in the apartment complex garbage.

We again discussed the first meeting that took place sometime in February of 2016 in which Kaveh and Tiffany first asked Olivier to kill Keith. I asked Olivier why he was referring to Tiffany as the "mastermind" behind Keith's murder. Olivier said that during the first meeting, after Kaveh told him Keith "had to go," Tiffany confirmed with Olivier that she also wanted Keith dead. Tiffany told Olivier that she had thought about having Keith killed for "a long time." Tiffany told Olivier that she and Kaveh would help him and Uta with the apartment and she would give Uta a new, better paying job.

I asked Olivier if he recalled where he disposed of Keith's Apple iPhone. Olivier stated he threw it out the window of his Chrysler while he was driving northbound toward the Golden Gate Bridge. Olivier said he threw the phone out in the area of Golden Gate Park in San Francisco. Olivier said he remembered seeing on the local news that the phone was recovered in Golden Gate Park. Olivier told us that he sent Keith's phone the last text about being at "Infusion" after he had thrown it out of the window.

I asked Olivier if he and Kaveh had any phone conversation with each other while he was driving Keith's body to Sonoma County. Olivier said he did not speak with Kaveh during the drive. I asked Olivier if he spoke with anyone while driving Keith's body to Sonoma County. Olivier said he did not think he spoke with anyone.

Olivier reiterated that the location he dumped Keith's body at was "random." Olivier told us he "just drove" northbound on Highway 101 until he found what looked like a good location to dump the body. Olivier said there was a turnout off the freeway. At the turnout, there was a gate that was closed, but unlocked. Olivier exited his vehicle and pushed open the gate. Olivier then drove down a dirt road to the location he disposed of Keith's body. Olivier said once he picked the location, he pulled Keith out of the trunk by his feet. Once on the ground, Olivier slid Keith's body downward from the vehicle.

Olivier said after he dumped Keith's body, he turned his cell phone back on (650-235-0083). Olivier said he had several missed calls from Uta. Sometime around 0300 hours (4-29-2016) he spoke with Uta

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 17730 | SEBRING, JON | 06/01/2016 | 11400 | GIBBONS, LINDA | 07/08/2016 |

CONTROLLED DOCUMENT

Case 3:20-cr-00029-VC   Document 32-4   Filed 04/25/20   Page 13 of 15

SAN MATEO COUNTY SHERIFF'S OFFICE
400 COUNTY CENTER   REDWOOD CITY, CA 94063   650-216-7676
SUPPLEMENT 35 - Olivier Adella Interview 5-20-2016

Page 13

16-04048

over the phone. Uta asked Olivier where he was at. Olivier told Uta that Kaveh had sent him for "some work" but he did not go into any further detail with her.

Detective Armando discussed some cell phone records with Olivier. He showed Olivier cell phone records that showed he and Kaveh had a phone conversation sometime around midnight, after he was in possession of Keith body. Detective Armando asked Olivier if he remembered what he and Kaveh spoke about. Olivier could not recall this conversation. Detective Armando also questioned Olivier about two calls he made to a 707 area code which were also around midnight. Olivier again said he was not sure about those calls. For further details refer to Detective Armando's supplemental report regarding cell phone records and analysis.

I explained to Olivier that during the execution of the search warrant at his apartment, detectives located copies of court cases against Keith dated around 4-4-2016. I asked Olivier why he had copies of the cases. Olivier explained that when Kaveh and Tiffany first asked him to kill Keith and he declined, Tiffany provided him with the court cases against Keith as a way to persuade him. This statement was in contrast to his initial statement when he told us this meeting took place around February of 2016. We asked Olivier to try and be specific about the date this first meeting took place. Olivier said he could not remember even which month this first talk about Keith's murder took place. I reviewed a timeline with Olivier that highlighted specific dates in April such as the early meeting where he was first asked to kill Keith, the date he opened the 510-830-7764 "burner" phone number and his attempt to befriend Keith under the guise of a former football player named "Keyon." Olivier thought about it then estimated the first conversation when he was asked to kill Keith happened sometime in March.

We confronted Olivier about him claiming to have refused Tiffany and Kaveh's offer to kill Keith when compared to the facts of the case we had explained. We explained to Olivier that his actions leading up to and after Keith's murder showed that there was planning between he, Kaveh and Tiffany that had occurred. Olivier became defensive and accused us of trying to "pin everything" on him. Olivier told us that he had "laid everything out" for us and that he could have "lawyered up," but he did not.

Detective Armando asked Olivier if he had ever seen Kaveh with guns before. Olivier stated that "everyone" had seen Kaveh with guns before. Olivier told us that he had seen guns displayed in the "man cave" downstairs at the Hillsborough residence. Olivier described seeing Kaveh in possession of semi-automatic pistols and a rifle with a laser sight on it. Olivier denied having any knowledge of where the guns were at this time or what happened to the gun Kaveh used to murder Keith.

Detective Carroll questioned Olivier about a "happy birthday" text message Kaveh sent him on 5-3-2016. Olivier's listed birthday is 7-17-1975, so he was questioned about why Kaveh would be wishing him happy birthday just a few days after Keith was murdered when it was not his birthday. Olivier explained that he has two birthdays and that 5-3-2016 is his "tribe birthday." Olivier was again questioned about the $35,000.00 in cash detectives located in his closet. Olivier maintained that the

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 17730 | SEBRING, JON | 06/01/2016 | 11400 | GIBBONS, LINDA | 07/08/2016 |

Case 3:20-cr-00029-VC   Document 32-4   Filed 04/25/20   Page 14 of 15

| | SAN MATEO COUNTY SHERIFF'S OFFICE | Page 14 |
| --- | --- | --- |
| | 400 COUNTY CENTER    REDWOOD CITY, CA 94063    650-216-7676 | |
| | SUPPLEMENT 35 - Olivier Adella Interview 5-20-2016 | 16-04048 |

$35,000.00 was all his and that he had won it from a lawsuit several years ago when he was injured in some type of vehicle accident.

I asked Olivier if he had any idea how Tiffany was able to get Keith to leave with her from The Pancake House parking lot. Olivier said that she probably offered him sex or money to lure him back to the Hillsborough house, but he did not know for sure. Olivier suggested that Keith would have likely been killed downstairs in the "man cave" or in the garage.

Olivier was shown some cell phone records and we asked him what Kaveh's "burner" phone number was. Olivier identified 415-583-3978 as Kaveh's "burner" phone number. Detective Armando confronted Olivier about he and Kaveh communicating on "burner" phones with one another on 4-28-2016 during the hours leading up to and at the time of Keith's murder. Olivier admitted that they used "burner" phones so that they would be more difficult to trace. Olivier continued to deny that he knew Keith was going to be murdered. Olivier maintained that his only role prior to Keith's murder was to spy on him and Tiffany, as well as eventually "scare" Keith.

At approximately 2358 hours, we allowed Olivier to call and speak with Uta again. Olivier told Uta that he told us "everything" and "the truth." Uta told Olivier that Tiffany had called the house phone number. Uta said she had spoken with Tiffany briefly while detectives were inside the home listening. Olivier told Uta that he felt "used" by Tiffany and Kaveh. Uta told Olivier that she had her "doubts" about Tiffany and Kaveh from the beginning. Olivier then asked Uta to contact Tiffany "in case" he had bail set on this case and ask her for bail money. Olivier said that it was "their fault" he was in jail and that they need to bail him out of jail. Uta later referenced a phone call and said that she thought Kaveh "freaked out" when Keith called Tiffany and told her that he loved her and wanted her back. Uta claimed that Tiffany was Kaveh's "lifeline" because of her money and he must have "freaked out." Olivier repeated several times that he was told to stay away from Kaveh.

**POTENTIAL LEADS/RECOMMENDATIONS:**

Attach to original report and forward to the San Mateo County District Attorney's Office for review.

*************************************************************************************
ADDITIONAL PROPERTY

Item #157, Status: Evidence
   1 Dvd-R Disc O. Adella 5-20-2016. FIRST INTERVIEW WITH (S) O. ADELLA

CONTROLLED DOCUMENT

| Prepared By: | | Date: | Approved By: | | Date: |
| --- | --- | --- | --- | --- | --- |
| 17730 | SEBRING, JON | 06/01/2016 | 11400 | GIBBONS, LINDA | 07/08/2016 |

| SAN MATEO COUNTY SHERIFF'S OFFICE | Page 15 |
|---|---|
| 400 COUNTY CENTER   REDWOOD CITY, CA 94063   650-216-7676 | 16-04048 |
| SUPPLEMENT 35 - Olivier Adella Interview 5-20-2016 | |

**CONTROLLED DOCUMENT**

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 17730   SEBRING, JON | 06/01/2016 | 11400   GIBBONS, LINDA | 07/08/2016 |